IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZIPPO MANUFACTURING COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>BRASS 117 STORE, et al.,<br><br>        Defendants. | Case No. 22-cv-06070<br><br>**Judge Andrea R. Wood**<br><br>**Magistrate Judge Beth W. Jantz** |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

Plaintiff Zippo Manufacturing Company ("Zippo" or "Plaintiff"), by its counsel, moves this Honorable Court to enter Default and Default Judgment against all Defendants remaining in this case.[1] In support of this Motion, Zippo submits the accompanying Memorandum and a further declaration of Justin R. Gaudio.

Dated this 10th day of February 2023.

Respectfully submitted,

/s/ Justin T. Joseph
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Trevor C. Talhami
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
ttalhami@gbc.law

*Counsel for Plaintiff*
*Zippo Manufacturing Company*

---

[1] A current version of Schedule A is attached to Plaintiff's Memorandum as Exhibit 1.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of February 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Justin T. Joseph
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Trevor C. Talhami
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
ttalhami@gbc.law

*Counsel for Plaintiff*
*Zippo Manufacturing Company*
