# Exhibit A

Zippo Manufacturing Company v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 22-cv-06070

## Defendant Online Marketplaces

| No. | Name / Seller Alias | Email Address |
|---|---|---|
| 1 | Brass 117 Store | ruiguo003@126.com |
| 2 | CAHUCI Lighter Store | zl31415926@outlook.com |
| 3 | CCY Lighter Store | jin124792729@163.com |
| 4 | Danny department Store | 1758818207@qq.com |
| 5 | Descendant of Dragon Store | wangxian188188@163.com |
| 6 | Extraordinary lighter shop Store | c121556277f@163.com |
| 7 | Factory lighters Store | hyck2021@163.com |
| 8 | Flame in hand Store | kaiyan62@163.com |
| 9 | Funny Lighters Store | 2549171577@qq.com |
| 10 | Habegris Oficial Store | anyingxuan2021@163.com |
| 11 | hand made lighter Store | 793872225@qq.com |
| 12 | HH 888 Store | qingyue2021002@163.com |
| 13 | Household tools 008 Store | 358418486@qq.com |
| 14 | IYONGNENG Store | IYONGNENG@126.com |
| 15 | JiuNing Worry-Free Life Store | jiuning011@163.com |
| 16 | Knife and fire Store | csh464361562@163.com |
| 17 | KUNYU Store | HHTABB@163.com |
| 18 | KY Lighter Store | jin13777008703@163.com |
| 19 | Life commodity shop Store | 754623561@qq.com |
| 20 | Lighter and smoking accessories store Store | hyckcd@163.com |
| 21 | Lighter Direct Factory Store | 2606931584@qq.com |
| 22 | Lighter shop Store | 3220264712@qq.com |
| 23 | Personalized smoking set Store | 635860502@qq.com |
| 24 | PF Pets Store | liu604510971@163.com |
| 25 | Raging fire Store | qiupalei6@163.com |
| 26 | Rainy cottage Store | 13361972352@163.com |
| 27 | Redtale lighter Store | joeywar@126.com |
| 28 | Richda Reliable Store | richda001@163.com |
| 29 | saly li's store | 1390565804@qq.com |
| 30 | Shop1100006066 Store | qingyao2021004@163.com |
| 31 | Shop1100016041 Store | 2033058160@qq.com |
| 32 | Shop1100217718 Store | 2011792190@qq.com |
| 33 | Shop1100280077 Store | yibao52022@163.com |
| 34 | Shop1102077162 Store | Hyzl18576463092@126.com |
| 35 | Shop1102169211 Store | wangyi127892022@163.com |
| 36 | Shop912626602 Store | qingyao2021003@163.com |

| 37 | Small Pig 006 Store | richda006@163.com |
|----|---------------------|-------------------|
| 38 | SUNHORSE Store | richda002@163.com |
| 39 | TH06 Store | qingyao2021006@163.com |
| 40 | useful tool 008 Store | strongmazheng@163.com |
| 41 | Well Lighter Store | sclighter@163.com |
| 42 | World peace Store | chenchen446201107@163.com |
| 43 | XMMY Lighter Store | jin13777008703@126.com |
| 44 | Xusheng lighter Store | 553959217@qq.com |
| 45 | Yicheng Ju Store Store | d13927424219@163.com |
| 46 | YO LIGHTER Store | youlai2021002@163.com |
| 47 | Zhibao lighter boutique Store | d13418499570@163.com |
| 48 | DISMISSED | DISMISSED |
| 49 | ZO-RRO Lighter Store | 512431912@qq.com |
| 50 | A1D7LNS97E308I | si367jiangganbaba8@126.com |
| 51 | Amy | m15590079007_1@163.com |
| 52 | Ausemo | Ausemo@outlook.com |
| 53 | DISMISSED | DISMISSED |
| 54 | BOBANGINC | zhengxiaohui01@outlook.com |
| 55 | DISMISSED | DISMISSED |
| 56 | Design Custom | cai766095@yeah.net |
| 57 | DISMISSED | DISMISSED |
| 58 | Dolceagle Shop | cf3610@163.com |
| 59 | Hai YUN YUN Shop | HAIYUN3162@163.com |
| 60 | Hong CAi shope | baizhizi@hotmail.com |
| 61 | IFBUITE | caozhunshen4920@163.com |
| 62 | Itongquy | YSY301220@163.com |
| 63 | jdgsh123sdaf | gdkkowd5433@163.com |
| 64 | JiaojiaobaofuStore | linpingfugui@163.com |
| 65 | JING SHUO | yangxusheng993@outlook.com, 339696442@qq.com |
| 66 | Leköra Direct | us@sipoe.com |
| 67 | LHANGLHANG | 2222160810@qq.com |
| 68 | PENGHUI HUI store | PengHui5258@163.com |
| 69 | SKY DIY | tuijuede397@yeah.net |
| 70 | Sunny mama | yanglin839417@163.com |
| 71 | Swancharm Shop | pq7556@163.com |
| 72 | Techintelligejzltd | juanzi0320@126.com |
| 73 | Vaane DIY | keibeng1@yeah.net |
| 74 | Xiangzhishop | xiangzhihealthy@126.com |
| 75 | XIAOQINGY | xiaoqinyg@outlook.com |
| 76 | xiaoyongyang213 | toulin3689@163.com |
| 77 | xiudaoang | ww81952782@163.com |

| 78 | YOUPPEN | pangype@outlook.com |
|----|---------|---------------------|
| 79 | ZI Chen wangluo | m13843216126@163.com |
| | | he.cai@getechlaw.com |
| | | gli@kktlawfirm.com |
| | | ford@fordbanister.com |